NO. 06-14-00102-CR

| | |
|---|---|
| TYRELL DARNELL SMITH<br>Appellant<br>V.<br>THE STATE OF TEXAS<br>Appellee | IN THE SIXTH DISTRICT<br>COURT OF APPEALS<br>OF THE STATE OF TEXAS |

FILED IN
The Court of Appeals
Sixth District

FEB 0 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## APPELLANT'S MOTION FOR APPOINTMENT OF NEW COUNSEL

Appellant request that new counsel be appointed to represent Appellant in said appeal. Due to a conflict of interest Appellant believes the current appointed counsel would be unfair in the interests of justice. This Motion is based on the following grounds:

1) Counsel previously represented Appellant on a past case in which counsel was exited from case due to conflict with Appellant and Counsel.

2) Counsel previously represented Appellants brother in which verbal altercation resulted with Appellant Appellant's father and Counsel due to the handling of the case.

3) Appellant believes that Article 26.04 (a) was violated of the Texas Code of Criminal Procedure during the appointing process and in choosing said Counsel

4) Counsel is refusing to address issues/errors in case with claims that Appellant will have to hire another attorney to address errors. These only are directed at some of the important issues/errors Appellant believes are relevant to the appeal.

5) Appellant believe Counsel has purposely given Appellant false information with regards to Appellants rights.

### PRAYER

Appellant requests that this Court grant this motion and enter an order withdrawing appointed counsel from representation of Appellant and for such relief deemed proper.

### CERTIFICATE OF SERVICE

This is to certify that this is a true and correct copy of the foregoing Motion.

January 26, 2015

Tyrell Smith
PO Box Drawer-R
Marshall TX 75671

PAGE 1 (of 1)